**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@mikeassad.law
*Attorney for Debtor*

In re: Rhonda Juanita Miller Moore,

*Debtor.*

| | |
|---|---|
| Case No.: | 26-14576-pmm |
| Chapter: | 13 |
| Judge: | Patricia M. Mayer |

**Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents**

**AND NOW**, Debtor Rhonda Juanita Miller Moore, through her attorney, moves under Fed. R. Bankr. P. 1007(c)(7), 3015(b)(1), and 9006(b)(1) and L.B.R. 9014-2(a)(4) and (a)(14) for entry of an order extending the time to file the schedules, statements, plan, and other documents listed in the Court's Order Requiring Documents. In support of this Motion, the Debtor states as follows:

1. The Debtor initiated this case by voluntarily petitioning for relief under chapter 13 on October 29, 2026.

2. This case was filed in an emergency to stay a public sale of certain of the Debtor's assets.

3. Because this case was filed on an emergent basis, her schedules, statement of financial affairs, summary of assets and liabilities, statement of current monthly income and means test calculation, chapter 13 plan, and statement of attorney compensation (together, the "Documents") were not filed with the petition.

4. On October 30, 2026, the Court entered an Order Requiring Documents (ECF No. 5) directing the Debtor to file the Documents by Thursday, November 12, 2026.

5. The Debtor has not yet provided to her attorney all the documents and information necessary to prepare the Documents and needs additional time to do so.

6. The Court may extend the time to file the Documents for cause. Fed. R. Bankr. P. 1007(c)(7), 3015(b)(1), and 9006(b)(1).

7. Cause exists because the additional time will allow the Debtor to gather the information needed to file complete and accurate Documents.

8. The Debtor requests that the Court extend the deadline to file the Documents by fourteen days. Because the fourteenth day, Thursday, November 26, 2026, is Thanksgiving Day, a legal holiday under Fed. R. Bankr. P. 9006(a)(6)(A), the Debtor requests that the deadline be extended through and including Friday, November 27, 2026. See Fed. R. Bankr. P. 9006(a)(1)(C).

9. The Court may rule on this Motion without a hearing. L.B.R. 9014-2(a)(4) and (a)(14).

**FOR THOSE REASONS**, the Debtor requests entry of the proposed order, and further relief in her favor if necessary and proper under the law.

Date: November 12, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad