| United States Bankruptcy Court<br>Eastern District of Pennsylvania | |
|---|---|
| In re: Rhonda Juanita Miller Moore,<br><br>*Debtor*. | Case No.: 26-14576-pmm<br>Chapter: 13<br>Judge: Patricia M. Mayer |

**Order Extending Time to File Schedules,**
**Statements, and Other Documents**

**AND NOW**, upon consideration of the Motion to Extend Time to File Schedules, Statements, and Other Documents filed by Debtor Rhonda Juanita Miller Moore at ECF No. 12, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor must file all documents listed in the Order Requiring Documents entered at ECF No. 5 on or before **Friday, November 27, 2026**.

Date:

______________________________
Patricia M. Mayer
U.S. Bankruptcy Judge