| United States Bankruptcy Court<br>Eastern District of Pennsylvania | Case No.: | 26-14576-pmm |
|---|---|---|
| In re: Rhonda Juanita Miller Moore, | Chapter: | 13 |
| *Debtor.* | Judge: | Patricia M. Mayer |

**Order Extending Time to File Schedules, Statements, and Other Documents**

**AND NOW**, upon consideration of the Motion to Extend Time to File Schedules, Statements, and Other Documents filed by Debtor Rhonda Juanita Miller Moore at ECF No. 12, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor must file all documents listed in the Order Requiring Documents entered at ECF No. 5 on or before **November 23, 2026**.

Patricia M. Mayer

Date: 11/13/26

Patricia M. Mayer
U.S. Bankruptcy Judge