United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 26-14576-pmm

Rhonda Juanita Miller Moore Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 1

Date Rcvd: Nov 13, 2026 Form ID: pdf900 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Rhonda Juanita Miller Moore, 8209 Cheltenham Avenue, Glenside, PA 19038-7658 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL I. ASSAD | on behalf of Debtor Rhonda Juanita Miller Moore mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com |
| STEVEN K. EISENBERG | on behalf of Creditor Village Capital & Investment LLC seisenberg@sterneisenberg.com bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

| United States Bankruptcy Court<br>Eastern District of Pennsylvania | Case No.: | 26-14576-pmm |
|---|---|---|
| In re: Rhonda Juanita Miller Moore,<br><br>*Debtor*. | Chapter:<br><br>Judge: | 13<br><br>Patricia M. Mayer |

**Order Extending Time to File Schedules,
Statements, and Other Documents**

**AND NOW**, upon consideration of the Motion to Extend Time to File Schedules, Statements, and Other Documents filed by Debtor Rhonda Juanita Miller Moore at ECF No. 12, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor must file all documents listed in the Order Requiring Documents entered at ECF No. 5 on or before **November 23, 2026**.

Date: 11/13/26

Patricia M. Mayer
U.S. Bankruptcy Judge