| United States Bankruptcy Court<br>Eastern District of Pennsylvania | | |
|---|---|---|
| By: Michael I. Assad (#330937)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@mikeassad.law<br>*Attorney for Debtor* | Case No.: | 26-14576-pmm |
| In re: Rhonda Juanita Miller Moore,<br>*Debtor.* | Chapter:<br>Judge: | 13<br>Patricia M. Mayer |

**Debtor's Second Motion to Extend Time
to File Schedules, Statements, and Other Documents**

**AND NOW**, Debtor Rhonda Juanita Miller Moore, through her attorney, moves under Fed. R. Bankr. P. 1007(c)(7), 3015(b)(1), and 9006(b)(1) and L.B.R. 9014-2(a)(4) and (a)(14) for entry of an order further extending the time to file the schedules, statements, plan, and other documents listed in the Court's Order Requiring Documents. In support of this Motion, the Debtor states as follows:

1. The Debtor initiated this case by voluntarily petitioning for relief under chapter 13 on October 29, 2026.

2. This case was filed in an emergency to stay a public sale of certain of the Debtor's assets.

3. Because this case was filed on an emergent basis, her schedules, statement of financial affairs, summary of assets and liabilities, statement of current monthly income and means

test calculation, chapter 13 plan, and statement of attorney compensation (together, the "Documents") were not filed with the petition.

4. The Debtor has filed her creditor matrix.

5. On October 30, 2026, the Court entered an Order Requiring Documents (ECF No. 5) directing the Debtor to file the Documents by November 12, 2026.

6. On November 8, 2026, the Clerk served notice of the bankruptcy case, the meeting of creditors, the deadline to file proofs of claim, and the confirmation hearing date on all creditors through the Bankruptcy Noticing Center.

7. On November 12, 2026, the Debtor moved to extend the time to file the Documents (ECF No. 12).

8. On November 13, 2026, the Court entered an order extending the deadline to file the Documents to November 23, 2026 (ECF No. 13).

9. The meeting of creditors under 11 U.S.C. § 341(a) is scheduled for December 18, 2026.

10. The Debtor has an interest in six properties, which makes preparation of the schedules complex.

11. The Debtor needs additional time to complete the Documents.

12. The Court may extend the time to file the Documents for cause. Fed. R. Bankr. P. 1007(c)(7), 3015(b)(1), and 9006(b)(1).

13. Cause exists because the additional time will allow the Debtor to file complete and accurate Documents reflecting her interests in all six properties.

14. The extension will not delay the case or prejudice creditors. Creditors already have notice of the case, the meeting of creditors, the claims deadline, and the confirmation hearing date, and the Documents will be on file fourteen days before the meeting of creditors.

15. The Debtor requests that the Court extend the deadline to file the Documents through and including Friday, December 4, 2026.

16. The Court may rule on this Motion without a hearing. L.B.R. 9014-2(a)(4) and (a)(14).

**FOR THOSE REASONS**, the Debtor requests entry of the proposed order, and further relief in her favor if necessary and proper under the law.

Date: November 23, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad