**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Rhonda Juanita Miller Moore,** | **:** | **Chapter 13** |
| | **:** | |
| **Debtor.** | **:** | **Bky. No. 26-14576 (PMM)** |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion for an Additional Extension of Time (Doc. no. 15, "the Motion"), it is hereby **ORDERED** that:

I. Subject to Paragraphs 3-4 below, the Motion is **GRANTED** and the deadline for filing the statements, schedules and other documents required by the rules of court is **EXTENDED** to **December 7, 2026.**

II. **NO FURTHER EXTENSIONS WILL BE GRANTED**. **If the required schedules, statements and other documents are not timely filed, this case may be DISMISSED without further notice or hearing.**

III. This extension of time is **CONDITIONED** on the **WAIVER** of the Debtor's right to object to a proof of claim on the ground that it was filed after the deadline set by Fed. R. Bankr. P. 3002(c), **PROVIDED** that the proof of claim is filed **on or before February 16, 2027**.

IV. Within three (3) business days of the docketing and service of the notice of meeting of creditors, **DEBTOR'S COUNSEL SHALL SERVE THIS ORDER** on all creditors and parties in interest and shall promptly thereafter file a certification of service.

**Date: 11/24/26**

Patricia M. Mayer

**Hon. Patricia M. Mayer**
**U.S. Bankruptcy Judge**